UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| VIRGINIA SILVA,<br>　　　　　Plaintiff<br><br>v.<br><br>GLAXO SMITH KLINE LLC.,<br>ADMINISTRATOR GROUP LONG-TERM<br>DISABILITY PLAN FOR EMPLOYEES OF<br>GLAXO SMITH KLINE, LLC ALIAS AND<br>LIBERTY LIFE ASSURANCE COMPANY OF<br>BOSTON,<br>　　　　　Defendants. | Civil Action No. 17-438-WES |

## DISMISSAL STIPULATION

All claims are dismissed with prejudice, no interest, no costs

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| VIRGINIA SILVA, | LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, |
| By her attorney, | By its attorneys, |
| /s/ Mark B. Morse<br>Mark B. Morse<br>RI Bar Reg. No. 3003<br>THE LAW OFFICE OF MARK B. MORSE, LLC<br>420 Angell Street, Suite 2<br>Providence, RI 02906<br>(401) 831-0555<br>(401) 273-0937 - FAX<br>mark@morselawoffice.com | /s/ Jonathan R. Shank<br>Jonathan R. Shank<br>RI Bar Reg. No 8008<br>JACKSON LEWIS P.C.<br>75 Park Plaza<br>Boston, MA 02116<br>(617) 367-0025; FAX: (617) 367-2155<br>Jonathan.shank@jacksonlewis.com |

July 23, 2018

2

**CERTIFICATE OF SERVICE**

      This hereby certifies that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

July 23, 2018                                      /s/ Mark B. Morse